

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Keenan Novon Anderson a/k/a Keenan Novon Anderson, | § | No. 08-15-00370-CR |
| | § | Appeal from the |
| Appellant, | § | 252nd District Court |
| v. | § | of Jefferson County, Texas |
| The State of Texas, | § | (TC# 13-17039) |
| State. | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **May 26, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Dustin R. Galmor, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before May 26, 2016.

IT IS SO ORDERED this 25th day of April, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.